IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CRYSTAL LEAP ZRT,<br><br>    Plaintiff,<br><br>LONGITUDE LICENSING LIMITED<br><br>    Patentee-Plaintiff,<br><br>v.<br><br>HKC CORP. LTD.; CHONGQING HKC OPTOELECTRONICS TECHNOLOGY CO., LTD.; AND HKC OVERSEAS LTD.,<br><br>    Defendants. | CIVIL ACTION NO. 2:22-cv-00382-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR ATTACHMENT

Defendants HKC Corp. Ltd., Chongqing HKC Optoelectronics Technology Co., Ltd. and HKC Overseas Ltd. (collectively, "HKC") file this unopposed motion to exceed the 5-page limit for attachments for discovery motions. *See* Mar. 11, 2020 Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes. From the Jan. 10, 2024 hearing in this case, HKC understood the Court to request a full copy of Plaintiffs' contentions if a motion raised the issue of whether Plaintiffs' 19 additional products were covered by Plaintiffs' contentions. *See* Dkt. 75 (Jan. 10, 2024 hearing) at 39:18-21 (stating, in reference to the 19 additional products, "I would need to look at [Plaintiffs'] contentions and determine whether or not I think they already fairly cover those"). This request is to allow a complete copy of Plaintiffs' contentions, which are 536 pages in length, to be included in the record for the Court's consideration of HKC's Motion to Confirm that the Alleged "Substantially Similar" Products That Are Not Included in Plaintiffs' Infringement Contentions Are Not Within The Scope Of The Case And That Further Technical Discovery For Those Specific Products Is Not Required. Therefore, HKC asks the Court to grant this limited request.

Dated: February 22, 2024	Respectfully submitted,

BAKER BOTTS, LLP

By: /s/ Jeffrey Johnson

    Jeffrey Johnson, Bar No. 24029638
    Jeffrey.Johnson@bakerbotts.com
    910 Louisiana Street
    Houston, TX 77002-4995
    Telephone: 713-229-1234
    Facsimile: 713-229-1522

    Robert J. Benson, Bar No. 155971
    Robert.Benson@bakerbotts.com
    101 California Street, Suite 3200
    San Francisco, CA 94111-5802
    Telephone: 415-291-6200
    Facsimile: 415-291-6300

ORRICK, HERRINGTON & SUTCLIFFE LLP

    David R. Medina
    dmedina@orrick.com
    355 South Grand Avenue, Suite 2700
    Los Angeles, CA  90071
    Telephone:  1+ 213 629 2020
    Facsimile:    1+ 213 612 2499

    Yufeng (Ethan) Ma
    yma@orrick.com
    47/F Park Place
    1601 Nanjing Road West
    Shanghi, People's Republic of China 200040
    Telephone:  011-86-21-6109-7108

THE DAVIS FIRM, PC

    Ty William Wilson
    twilson@davisfirm.com
    William Ellsworth Davis , III
    bdavis@davisfirm.com
    Javan Johnson
    jjohnson@davisfirm.com
    Rudolph Fink, IV
    rfink@davisfirm.com
    213 North Fredonia Street, Suite 230
    Longview, TX  75601

        Telephone: 1+ 903-230-9090
        Facsimile: 1+ 903-230-9661

BEIJING ZHONGLUN LAW FIRM,
GUANGZHOU OFFICE

        Chufan Yan
        yanchufan@zhonglun.com
        Floor 23, R&F Center, No. 10 Huaxia Road
        Zhujiang New Town, Tianhe District
        Ghangzhou, Guangdong
        People's Republic of China 510623
        Telephone: 011-86-20-2826-1688
        Facsimile: 011-86-20-2826-1666

*Attorneys for Defendants*
*HKC Corp. Ltd., Chongqing HKC Optoelectronics*
*Technology Co., Ltd., HKC Overseas Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 22nd day of February 2024.

        **/s/** *Karen Johnson*
        Karen Johnson

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that this motion is unopposed.

        **/s/** *Jeffrey Johnson*
        Jeffrey Johnson – Lead Counsel
        **/s/** *Rudolph Fink, IV*
        Rudolph Fink, IV – Local Counsel