IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CRYSTAL LEAP ZRT,<br><br>     Plaintiff,<br><br>LONGITUDE LICENSING LIMITED<br><br>     Patentee-Plaintiff,<br><br>v.<br><br>HKC CORP. LTD.; CHONGQING HKC OPTOELECTRONICS TECHNOLOGY CO., LTD.; AND HKC OVERSEAS LTD.,<br><br>     Defendants. | CIVIL ACTION NO. 2:22-cv-00382-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER RE UNOPPOSED MOTION TO EXCEED
PAGE LIMITS FOR ATTACHMENT**

Before the Court is Defendants' Unopposed Motion to Exceed Page Limits for Attachment ("Motion"). Having considered the Motion in light of the applicable record, the Court finds good cause and the Motion is hereby **GRANTED**. The Court **ORDERS** that the exhibit to the Motion will be considered part of the record for Defendants' Motion to Confirm that the Alleged "Substantially Similar" Products that are not Included in Plaintiffs' Infringement Contentions are not Within the Scope of the Case and that Further Technical Discovery for those Specific Products is not Required.

1