IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CRYSTAL LEAP ZRT,<br><br>    Plaintiff,<br><br>LONGITUDE LICENSING LIMITED<br><br>    Patentee-Plaintiff,<br><br>v.<br><br>HKC CORP. LTD.; CHONGQING HKC OPTOELECTRONICS TECHNOLOGY CO., LTD.; AND HKC OVERSEAS LTD.,<br><br>    Defendants. | CIVIL ACTION NO. 2:22-cv-00382-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONFIRM THAT THE ALLEGED "SUBSTANTIALLY SIMILAR" PRODUCTS THAT ARE NOT INCLUDED IN PLAINTIFF'S INFRINGEMENT CONTENTIONS ARE NOT WITHIN THE SCOPE OF THE CASE AND THAT FURTHER TECHNICAL DISCOVERY FOR THOSE SPECIFIC PRODUCTS IS NOT REQUIRED**

Before the Court is Defendants' Motion to Confirm that the Alleged "Substantially Similar" Products That Are Not Included In Plaintiffs' Infringement Contentions Are Not Within The Scope Of The Case And That Further Technical Discovery For Those Specific Products Is Not Required ("Motion"). Having considered the Motion in light of the record and applicable law, the Court finds that there is good cause and hereby **GRANTS** the Motion. The Court **ORDERS** that the 19 additional products discussed in the Motion are not currently accused products in this case, and therefore, Defendants are not obligated to produce additional detailed technical documents, including the GDS files mentioned in the Motion, at this time.

1